UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARCADIS U.S., INC.,

    Plaintiff,

v.                                                CASE NO.: 8:13-cv-72-MAP

REEVES SOUTHEASTERN
CORPORATION, et al.,

    Defendants.
_____/

**ORDER**

Arcadis U.S., Inc., and Reeves Southeastern Site Trust stipulate (Doc. 131) "to the voluntary dismissal of this action without prejudice." Under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Neither Reeves Southeastern Corporation nor Reeves Southeastern Realty, Inc., has appeared in this action. In accord with the parties' stipulation (Doc. 131), this action is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on December 23, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE